USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 19 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

–v–

$900,000,000 in United States Currency,

Defendant-in-rem.

15-cv-7342 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 17, 2015, the Government filed a complaint for forfeiture against $900,000,000 in United States currency, alleging that General Motors Company had agreed to forfeit the defendant-in-rem pursuant to a deferred prosecution agreement. *See* Dkt. No. 1. Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims governs the notice requirements in civil forfeiture cases and the timeframe within which a party claiming an interest in the defendant-in-rem must file a claim. The Government is ORDERED to notify the Court in writing, no later than November 24, 2015, of the status of its efforts to comply with the requirements of Rule G. If the Government plans to move for default judgment by that date, it may do so in place of submitting a status letter.

SO ORDERED.

Dated: Nov. 19, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1